**William E. SMITH, Plaintiff–Appellant,**

v.

**Correctional Officer BERLIN; Correctional Officer Marcum; Correctional Officer Blankenship; Correctional Officer Goodwin; Correctional Officer Vanmeter; Correctional Officer Lambert; Michael Clark, Defendants–Appellees,**

and

**West Virginia Regional Jail & Correctional Facility Authority; Southwestern Regional Jail; Correctional Officer Blevins; Correctional Officer Tootal; Correctional Officer Jane Doe, Defendants.**

No. 14–7536.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2015.

Decided: Jan. 27, 2015.

William E. Smith, Appellant Pro Se. Tim J. Yianne, Mannion Gray, Charleston, West Virginia; John P. Fuller, James William Marshall, III, Bailey & Wyant, PLLC, Charleston, West Virginia, for Appellees.

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Smith seeks to appeal the district court's order granting partial summary judgment to Appellees on his 42 U.S.C. § 1983 (2012) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*